JOHN L. BURRIS, Esq. SBN 69888
ADANTÉ D. POINTER Esq. SBN 236229
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com

Attorneys for plaintiff
**RONALD CAESAR**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CAESAR, | Case No.: 3:10-cv-00875-JL |
| Plaintiff, | REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND (PROPOSED) ORDER |
| vs. | |
| CITY OF HAYWARD, a municipal corporation; FNU CREIGHTON, individually and in his official capacity as a police officer for the CITY OF HAYWARD; DOES 1-25, inclusive; individually and in their capacities as POLICE OFFICERS for the CITY OF HAYWARD, | |
| Defendants. | |

Plaintiff, by and through counsel respectfully requests the Initial Case Management Conference in this matter currently scheduled for June 9, 2010 be continued to a date convenient to the court during the month of September 2010.

WHEREAS plaintiff filed the instant complaint on March 3, 2010;

WHEREAS the summons and complaint have yet to be served on the named defendants and therefore the defendants have not made an appearance in this matter;

- 1

WHEREAS plaintiff's counsel anticipates the defendants will be served within the next 60 days;

WHEREAS the Case Management Conference is scheduled for June 9, 2010 at 10:30 a.m.;

WHEREAS plaintiff believes that waiting to hold the Initial Case Management Conference until the defendants have made an appearance will serve to further judicial economy.

In light of the foregoing, plaintiff respectfully requests that the Initial Case Management Conference currently scheduled to be held on June 9, 2010 be continued and rescheduled to a date during the month of September 2010 or some other date convenient to the court.

Respectfully submitted,

LAW OFFICES OF JOHN L. BURRIS

Dated: June 3, 2010        /s/ *Adante D. Pointer*
                           ADANTE' D. POINTER

### [PROPOSED] ORDER

THE COURT HEREBY finds good cause exists to continue the Initial Case Management Conference currently scheduled for June 9, 2010 at 10:30 a.m. to September 15, 2010 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: June 3, 2010        _____
                           HONORABLE JAMES LARSON
                           UNITED STATES MAGISTRATE JUDGE

- 2 -