1 | JOHN L. BURRIS, Esq.  SBN 69888
    ADANTÉ D. POINTER Esq. SBN 236229
2 | **LAW OFFICES OF JOHN L. BURRIS**
    Airport Corporate Centre
3 | 7677 Oakport Street, Suite 1120
    Oakland, California 94621
4 | Telephone:  (510) 839-5200
    Facsimile:   (510) 839-3882
5 | john.burris@johnburrislaw.com
    adante.pointer@johnburrislaw.com
6
    Attorneys for plaintiff
7 | **RONALD CAESAR**

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CAESAR, | Case No.: 3:10-cv-00875-JL |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT AND [PROPOSED] ORDER TO DISMISS MATTER WITH PREJUDICE** |
| CITY OF HAYWARD, a municipal corporation; FNU CREIGHTON, individually and in his official capacity as a police officer for the CITY OF HAYWARD; DOES 1-25, inclusive; individually and in their capacities as POLICE OFFICERS for the CITY OF HAYWARD, | |
| Defendants. | |

**TO THE COURT AND ALL PARTIES in the above–entitled action:**

The parties in the above-entitled action have reached a settlement resolving all the causes of action. The parties have prepared and fully executed a Settlement Agreement and General Release reciting the terms of the settlement. In addition, the Defendants shall tender

- 1

1 | the agreed upon Settlement draft to Plaintiff upon filing of this dismissal.  Therefore, Plaintiff
2 | respectfully requests that future court dates in this action be vacated from the Court's calendar,
3 | and that this Court dismiss the matter with prejudice.

Respectfully Submitted,

Dated: December 23, 2010         ___/s/_____
ADANTE D. POINTER
Law Offices of John L. Burris
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

_____
HONORABLE JAMES LARSON
United States Magistrate Judge

- 2 -